**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

TAWANDA JOHNSON,

    Plaintiff,

vs.

Case No. 3:16-cv-632-J-34MCR

CRITICAL RESOLUTION MEDIATION
LLC and BRIAN MCKENZIE,

    Defendants.
_____/

**O R D E R**

**THIS CAUSE** is before the Court on Magistrate Judge Monte C. Richardson's Report and Recommendation (Doc. 20; Report), entered on April 24, 2017, recommending that Plaintiff's Motion for Default Judgment (Doc. 15; Motion) be granted in part and denied in part. To date, no objections to the Report have been filed, and the time for doing so has passed.

The Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b). If no specific objections to findings of facts are filed, the district court is not required to conduct a de novo review of those findings. See Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993); see also 28 U.S.C. § 636(b)(1). However, the district court must review legal conclusions de novo. See Cooper-Houston v. S. Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994); United States v. Rice, No. 2:07-mc-8-FtM-29SPC, 2007 WL 1428615, at * 1 (M.D. Fla. May 14, 2007).

Based upon an independent examination of the record and a de novo review of the legal conclusions, the Court finds that there is no clear error on the face of the record and it will accept the recommendation of Judge Richardson for the reasons stated in the Report.

Accordingly, it is hereby **ORDERED**:

1. Magistrate Judge Monte C. Richardson's Report and Recommendation (Doc. 20; Report) is **ADOPTED** as the opinion of the Court.

2. Plaintiff's Motion for Default Judgment (Doc. 15; Motion) is **GRANTED in part, and DENIED in part**.

3. The Motion is **GRANTED** to the extent that Plaintiff is awarded $1,000.00 in statutory damages, $3,710.00 in attorneys' fees, and $510.00 in costs, for a total award of $5,220.00. In all other respects, the Motion is **DENIED**.

4. The Clerk of Court is **DIRECTED** to enter judgment in favor of Plaintiff, Tawanda Johnson, and against Defendants, Critical Resolution Mediation LLC and Brian McKenzie, to terminate any pending motions, and to close the file.

**DONE AND ORDERED** at Jacksonville, Florida, this 14th day of June, 2017.

MARCIA MORALES HOWARD
United States District Judge

i37
Copies to:

The Honorable Monte C. Richardson
United States Magistrate Judge

Counsel of Record